# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| JAA'LA EDWARDS, a minor,<br>MICHELE EDWARDS and<br>BRENT EDWARDS,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>SCHOOL DISTRICT OF BARABOO,<br>EMPLOYERS MUTUAL CASUALTY CO.,<br>and SANDRA CONLEY,<br><br>　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No.: 07-cv-706-bbc |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

　　This case is dismissed against defendants.

　　　　　　　　　　JOEL TURNER
_____
　　　　　　　　Joel Turner, Acting Clerk

　　　　　　　　　/s/ M. Hardin
_____　　　　　_____8/12/08_____
　　　　　　　　　by Deputy Clerk　　　　　　　　　　　　　　　　　　　　　Date